UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OLGA LAVANDEIRA,

    Plaintiff,

v.                                  CASE NO. 8:20-cv-169-T-23CPT

THE CITY OF TAMPA, et al.,

    Defendants.
_____/

### ORDER

The plaintiff's unopposed motion (Doc. 55) to extend the time within which to respond to the motion to dismiss is **GRANTED**. No later than **JANUARY 14, 2021**, the plaintiff must respond.

ORDERED in Tampa, Florida, on December 23, 2020.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE