UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**OLGA LAVANDEIRA,**

    **Plaintiff,**

vs.                                                        Case No.: 8:20-cv-00169-SDM-CPT

**THE CITY OF TAMPA,
THIRTEENTH JUDICIAL CIRCUIT,
ANDREW WARREN,** *in his official
capacity as* **STATE ATTORNEY FOR
THE THIRTEENTH JUDICIAL
CIRCUIT,**

    **Defendants.**

_____/

**JOINT NOTICE OF PENDING SETTLEMENT**

        Plaintiff, Olga Lavandeira, and Defendant, Thirteenth Judical Circuit, pursuant to M.D. Rule 3.08 respectfully submit this Notice of Pending Settlement, and inform the Court as follows:

        1. The Parties are in the process of finalizing a settlement agreement.

Date: January 20, 2021.

Respectfully Submitted:

| **MORGAN AND MORGAN** | **FULMER, LEROY & ALBEE, PLLC** |
|---|---|
| <u>/s/ *Sharon Caserta*</u> | <u>/s/ *Scott Albee*</u> |
| Sharon Caserta | Scott B. Albee, Esq. |
| Florida Bar No. 0023117 | Florida Bar No.: 980870 |
| Morgan & Morgan | Jaime L. Reitz, Esq. |
| Deaf/Disability Rights Unit | Florida Bar No.: 1003684 |
| 76 South Laura Street, Suite 1100 | Fulmer, Leroy & Albee, PLLC |
| Jacksonville, FL 32202 | 5544 Central Avenue |
| (904) 361-0078 (Telephone) | St. Petersburg, Florida 33707 |
| (904) 245- 1121(Videophone) | (727) 217-2500 (Telephone) |

| | |
|---|---|
| (904) 361-4305 (Facsimile) | (727) 217-2501 (Facsimile) |
| scaserta@forthepeople.com | salbee@fulmerleroy.com |
| *Attorney for Plaintiff* | jreitz@fulmerleroy.com |
| | eservicetpa@fulmerleroy.com |
| | *Attorneys for Defendant, Thirteenth Judicial Circuit* |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the foregoing document was electronically filed on this 20th day of January, 2021, by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/Sharon Caserta*
Sharon Caserta