UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OLGA LAVANDEIRA,

    Plaintiff,

v.                                  CASE NO. 8:20-cv-169-T-23CPT

THE CITY OF TAMPA, et al.,

    Defendants.
_____/

## ORDER

The state attorney's unopposed motion (Doc. 81), construed as motion for a continuance, is **GRANTED-IN-PART**.  A later order will re-schedule the pre-trial conference and re-schedule the trial for a time after June 2021.

ORDERED in Tampa, Florida, on April 7, 2021.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE