UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OLGA LAVANDEIRA,

    Plaintiff,

vs.                                    Case No.: 8:20-cv-00169-SDM-CPT

THE CITY OF TAMPA,

    Defendant.                  /

**PLAINTIFF'S MOTION FOR LEAVE TO BRING
ELECTRONIC EQUIPMENT INTO COURTROOM FOR
USE DURING THE PRETRIAL CONFERENCE AND TRIAL**

Plaintiff, Olga Lavandeira, respectfully moves this Court for entry of an Order permitting Plaintiff's counsel's paralegal and Plaintiff to bring into Court a laptop, personal cell phones, cords, and any necessary cables into the courtroom for use during the Pretrial Conference scheduled for January 17, 2023, and every day during trial, which is scheduled to commence on Monday, January 23, 2023.

Name of person(s) requesting leave to bring in electronic device:

1. **Melissa Bernard**, Sharon Caserta's Paralegal– one laptop computer, including the appropriate cables and/or converters, extension cord, one cellular phone (iPhone), and chargers.

2. **Olga Lavandeira,** Plaintiff – Cellular phone (iPhone).

**LOCAL RULE 3.01(G) CERTIFICATION**

The undersigned counsel certifies she communicated with City of Tampa's

counsel, by electronic mail on January 11, 2023, and The City does not object to the relief sought in this motion.

    **WHEREFORE**, Plaintiff respectfully requests the Court enter an Order granting Plaintiff's Motion for Leave to Bring Electronic Equipment into Courtroom for Use During the Pretrial Conference on January 17, 2023, and for the duration of Trial, and grant any other relief deemed just.

Respectfully submitted this 12 th day of January 2023.

        **MORGAN & MORGAN**

        */s/ Sharon Caserta*
        Sharon Caserta, Esquire
        Florida Bar Number: 0023117
        Morgan and Morgan
        Deaf/Disability Rights Unit
        501 Riverside Avenue, Suite 1200
        Jacksonville, FL 32202
        Telephone: 904-361-0078
        Facsimile: 904-361-4305
        scaserta@forthepeople.com

        **NATIONAL ASSOCIATION OF THE DEAF**

        */s/ Brittany Shrader*
        Brittany Shrader, Esq. *(pro hac vice pending)*
        New York Bar No.: 4768909
        National Association of the Deaf
        8630 Fenton Street, Suite 820
        Silver Spring, MD 20910-3819
        (301) 830-6126 (Videophone)
        (301) 587-1791 (Facsimile)
        brittany.shrader@nad.org
        *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the foregoing document was electronically filed on this 12th day of January 2023 by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Sharon Caserta*
Sharon Caserta
