UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**OLGA LAVANDEIRA,**
    **Plaintiff,**

**v.**                                    **CASE NO: 8:20-cv-00169-SDM-CPT**

**CITY OF TAMPA,**

    **Defendant.**
_____/

### THE PARTIES' REMAINING DISPUTED DEPOSITION DESIGNATIONS FOR AUSTIN HILL

**COMES NOW**, Plaintiff Olga Lavandeira, and Defendant, The City of Tampa pursuant to this Court's Pretrial Order (D.E.145), by and through their undersigned counsel, hereby serves notice of The Parties' Remaining Disputed Deposition Designations for Austin Hill.[1]

| Page | Lines | Objections |
|------|-------|------------|
| 24 | 4-15 | Hearsay, Speculation |
| 48 | 23-25 | Speculation, Relevance |
| 49 | 1-24 | |
| 56 | 1-15 | Relevance |
| 74 | 16-25 | Argumentative, Speculation |
| 75 | 1-4 | |
| 75 | 18-23 | Nonresponsive; Relevance; Speculation; Improper lay opinion; lacks foundation |

Respectfully submitted on this 13th day of January 2023.

| MORGAN & MORGAN | CITY OF TAMPA |
|---|---|

---

[1] The Parties shall file the color coded Transcript as required by the Pretrial Order on January 17, 2023.

| | |
|---|---|
| */s/ Sharon Caserta*<br>Sharon Caserta, Esquire<br>Florida Bar Number: 0023117<br>Morgan and Morgan<br>Deaf/Disability Rights Unit<br>501 Riverside Avenue, Suite 1200<br>Jacksonville, FL 32202<br>Telephone: 904-361-0078<br>Facsimile: 904-361-4305<br>scaserta@forthepeople.com<br><br>**THE NATIONAL ASSOCIATION OF THE DEAF**<br><br>Brittany Shrader, Esq.<br>New York Bar No. 4768909<br>National Association of the Deaf<br>8630 Fenton Street, Suite 820<br>Silver Spring, MD 20910<br>(301) 328-1443 (Videophone)<br>(301) 587-1791 (Facsimile)<br>brittany.shrader@nad.org<br>Admitted pro hac vice<br><br>*Counsel for Plaintiff* | */s/Ursula D. Richardson*<br>Ursula D. Richardson<br>Chief Assistant City Attorney<br>Florida Bar No.: 0064467<br>David Harvey<br>Assistant City Attorney<br>Florida Bar No: 610046<br>315 E. Kennedy Boulevard, 5th Floor<br>Tampa, FL 33602<br>Telephone: 813-274-7205<br>Facsimile: 813-274-8809<br>Ursula.Richardson@tampagov.net<br>*Attorneys for City* |

## **CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that the foregoing document was electronically filed on this 13th day of January 2023 by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                          */s/ Sharon Caserta*
                                          Sharon Caserta