UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OLGA LAVANDEIRA,

    Plaintiff,

v.                                                                 Case No. 8:20-cv-169-CPT

CITY OF TAMPA,

    Defendant.
_____/

## **O R D E R**

Before the Court is Plaintiff Olga Lavandeira's unopposed motion for leave for her and her counsel's paralegal, Melissa Bernard, to bring their cell phones and, additionally in the case of Ms. Bernard, her laptop and assorted electrical and charging cables to the trial commencing on January 23, 2023. (Doc. 153). Upon due consideration of the matter, Ms. Lavandeira's motion is granted as follows:

| Name of Persons Allowed to Bring in Devices: | Type of Devices Permitted: |
|---|---|
| Olga Lavandeira | One Cellular Telephone |
| Melissa Bernard | One Cellular Telephone<br>One Laptop Computer<br>Assorted cables and cords related to the permitted devices |

The persons covered by this Order are authorized to bring the above devices and items to Courtroom 12B for the trial scheduled for January 23–January 27, 2023. Such persons shall present a copy of this Order to security personnel each time they enter the Courthouse with the above-identified equipment. In their discretion, security personnel may require such persons to present a photo identification at the time of entry. The equipment described above is subject to inspection at any time by security personnel.

Based upon the foregoing, Ms. Lavandeira's motion (Doc. 153) is granted as set forth herein.

SO ORDERED in Tampa, Florida, this 17th day of January 2023.

*Christopher P. Tuite*
HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record