UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OLGA LAVANDEIRA,

     Plaintiff,

v.                                                                    Case No. 8:20-cv-169-CPT

CITY OF TAMPA,

     Defendant.

_____/

## VERDICT

We, the jury, return the following verdict:

    1.    Do you find the Plaintiff proved by a preponderance of the evidence that the Defendant violated the Americans with Disabilities Act (ADA) and Section 504 of the Rehabilitation Act by discriminating against the Plaintiff during her interactions with the Tampa Police Department in connection with the Tampa Police Department's investigation of the murder of her daughter?

        Yes _____ or No _X_

    If your answer is "No" to this question, this ends your deliberations, and the foreperson should sign and date the last page of this verdict form. If your answer is "Yes," please proceed to question 2.

2.     Do you find the Plaintiff proved by a preponderance of the evidence that the Defendant's discrimination in violation of the ADA and the Rehabilitation Act was intentional?

Yes _____ or No _____


If your answer is "No" to this question, this ends your deliberations, and the foreperson should sign and date the last page of this verdict form. If your answer is "Yes," please proceed to question 3.


3(a).   Do you find the Plaintiff proved by a preponderance of the evidence that she is entitled to damages for mental and emotional distress under the ADA?

Yes _____ or No _____

3(b).   If your answer is "No," please proceed to question 4. If your answer is "Yes," what amount of damages, if any, should the Plaintiff be awarded for her mental and emotional distress?

$  _____

Please proceed to question 4.


4(a).   Do you find that the Plaintiff proved by a preponderance of the evidence that she suffered a loss of opportunity?

Yes _____ or No _____

2

4(b).  If your answer is "No," please proceed to question 5.  If your answer is "Yes," what amount of damages, if any, should the Plaintiff be awarded for her loss of opportunity?

$ _____

Please proceed to question 5.

5.  If you find that the Plaintiff is entitled to damages in response to questions 3 and/or 4, this ends your deliberations, and the foreperson should sign and date the last page of the verdict form.  If you do not find that the Plaintiff is entitled to the damages referenced in questions 3 and/or 4, do you find that the Plaintiff is entitled to nominal damages?

Yes _____ or No _____

If your answer is "No," this ends your deliberations, and the foreperson should sign and date the last page of this verdict form.  If your answer is "Yes," what amount of nominal damages should the Plaintiff be awarded?

$ _____

SO SAYETH WE ALL.

DATE: _30 JAN 2023_

3