UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OLGA LAVANDEIRA,

    Plaintiff,

v.                                                    Case No. 8:20-cv-169-CPT

CITY OF TAMPA,

    Defendant.
_____/

## JUDGMENT IN A CIVIL CASE

This action came before the Court for a trial by jury. The issues have been tried, and the jury has rendered its verdict (Doc. 191).

### Count I: Violation of Title II of the Americans with Disabilities Act

**IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of Defendant City of Tampa and against Plaintiff Olga Lavandeira.

### Count II: Violation of Section 504 of the Rehabilitation Act of 1973

**IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of Defendant City of Tampa and against Plaintiff Olga Lavandeira.

Date: February 2, 2023                                    ELIZABETH M. WARREN, CLERK
                                                                             s/ Ashley Sanders, Deputy Clerk